GEIGY Co., INC. *v.* UNITED STATES

**No. 4494.**—Invoice dated Basle, Switzerland, April 6, 1936.
Certified April 7, 1936.
Entered at New York April 17, 1936.
Entry No. 30193.

(Decided January 17, 1939)

*Arthur A. Beaudry* for the plaintiff.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

BROWN, Judge: This appeal to reappraisement has been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts I find the United States value, as that value is defined in section 402 (e) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is $2.354 per pound. Judgment will be rendered accordingly.

GEIGY Co., INC. *v.* UNITED STATES

**No. 4495.**—Invoice dated Basle, Switzerland, March 15, 1935.
Certified March 16, 1935.
Entered at New York March 28, 1935.
Entry No. 85389.

(Decided January 17, 1939)

*Arthur A. Beaudry* for the plaintiff.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

BROWN, Judge: This appeal to reappraisement has been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts I find the United States value, as that value is defined in section 402 (e) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is $1.16 per pound. Judgment will be rendered accordingly.